United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 20, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60070
Summary Calendar

_____

SHEILA D. RICHARDSON,

                                        Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY

                                        Defendant-Appellee.

---------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:03-CV-78-SAA
---------------------

Before BENAVIDES, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Sheila D. Richardson appeals the affirmance of the

Commissioner's denial of her claim for disability benefits.  The

Commissioner has filed an unopposed motion to remand pursuant to

the fourth sentence of 42 U.S.C. § 405(g) to allow

reconsideration of the denial of benefits.

        A remand pursuant to the fourth sentence of 42 U.S.C.

§ 405(g) requires that this court also enter a judgment

affirming, reversing, or modifying the Commissioner's decision.

---

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

See <u>Shalala v. Schaefer</u>, 509 U.S. 292, 296-97 (1993).  Therefore, we REVERSE the district court's judgment, GRANT the motion to remand, and REMAND to the district court with instructions to remand to the Commissioner for rehearing.